IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ROBERT TRAVIS JENKINS,**

                **Petitioner,**

v.                                        CASE NO. 25-3076-JWL

**DAN SCHNURR,**

                **Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Robert Travis Jenkins. The Court conducted the required initial review of the petition and, on May 14, 2025, issued a notice and order to show cause (NOSC) directing Petitioner to show cause in writing why this matter should not be dismissed in its entirety because it was not timely filed. (Doc. 3.) Petitioner filed multiple responses to the NOSC (Docs. 15, 16, 17, 18, and 19), after which the Court directed Petitioner to file a single document containing his response to the NOSC. (Doc. 20.) Petitioner filed his single response on July 22, 2025. (Doc. 21.) The Court considered the response and, on July 29, 2025, ordered Respondent to file a pre-answer response (PAR) limited to addressing the timeliness of this matter. (Doc. 22.) That order stated: "Upon receipt of the PAR, the Court will issue further orders as necessary, including allowing Petitioner to file a response to the PAR if appropriate." *Id.* at 2. The deadline for the PAR is August 29, 2025. *Id.*

On August 7, 2025, the Court received from Petitioner another "Response to the Court's Order on Notice and Order to Show Cause." (Doc. 23.) This latest response to the NOSC is 22 pages long, with 4 additional pages of supporting evidence.

No further action will be taken at this time on the responsive documents submitted on August 7, 2025. Petitioner has already filed his response to the NOSC, which the Court considered before ordering the PAR. Petitioner has not been granted leave to file additional responses to the NOSC, and if additional information is required from Petitioner on the issue of timeliness, the Court will issue an order or orders allowing Petitioner time in which to file additional information. At this point, however, the Court does not anticipate considering any additional information or argument from Petitioner regarding timeliness until after the receipt and review of the PAR. Therefore, Petitioner should not file any additional responses to the NOSC unless this Court directs him to do so. Any additional responses to the NOSC Petitioner files without leave of this Court may be stricken from the record as being submitted contrary to an order of this Court.

**IT IS THEREFORE ORDERED THAT** no further action will be taken at this time on Doc. 23. Petitioner shall not file any additional responses to the NOSC (Doc. 3) unless he is directed to do so by order of this Court. Any responsive documents Petitioner files without leave of the Court may be stricken from the record without prior notice to Petitioner as improper. When the PAR has been received and reviewed by the Court, the Court will order a response from Petitioner if necessary.

**IT IS SO ORDERED.**

DATED:   This 8th day of August, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
